# EXHIBIT A

| IP | ISP | Date/Time (CST) | File |
|---|---|---|---|
| 208.157.191.96 | Airstream Communications | 9/28/10 11:30 PM | Cowgirl Creampie |
| 24.49.32.50 | Antietam Cable | 9/28/10 6:54 PM | Cowgirl Creampie |
| 24.49.175.153 | Baja Broadband | 9/28/10 5:35 PM | Cowgirl Creampie |
| 69.145.125.60 | Bresnan Communications | 9/29/10 2:04 PM | Cowgirl Creampie |
| 98.127.120.157 | Bresnan Communications | 9/27/10 10:20 PM | Cowgirl Creampie |
| 65.183.137.76 | Burlington Telecom | 9/27/10 8:55 PM | Cowgirl Creampie |
| 24.205.182.18 | Charter Communications | 9/29/10 4:25 AM | Cowgirl Creampie |
| 68.115.78.138 | Charter Communications | 9/27/10 9:50 PM | Cowgirl Creampie |
| 71.8.5.104 | Charter Communications | 9/28/10 11:20 AM | Cowgirl Creampie |
| 71.87.240.95 | Charter Communications | 9/27/10 8:45 PM | Cowgirl Creampie |
| 71.93.97.197 | Charter Communications | 9/28/10 9:05 PM | Cowgirl Creampie |
| 75.133.148.189 | Charter Communications | 9/29/10 1:58 PM | Cowgirl Creampie |
| 96.35.69.28 | Charter Communications | 9/27/10 8:45 PM | Cowgirl Creampie |
| 97.83.176.12 | Charter Communications | 9/27/10 8:00 PM | Cowgirl Creampie |
| 97.93.239.243 | Charter Communications | 9/28/10 10:45 PM | Cowgirl Creampie |
| 131.191.23.24 | Click! Network | 9/27/10 11:00 PM | Cowgirl Creampie |
| 173.162.18.246 | Comcast Cable | 9/27/10 11:15 PM | Cowgirl Creampie |
| 174.51.132.165 | Comcast Cable | 9/29/10 1:10 PM | Cowgirl Creampie |
| 174.59.114.53 | Comcast Cable | 9/29/10 1:59 PM | Cowgirl Creampie |
| 174.60.79.159 | Comcast Cable | 9/29/10 3:25 AM | Cowgirl Creampie |
| 24.12.108.140 | Comcast Cable | 9/28/10 9:31 AM | Cowgirl Creampie |
| 24.12.211.60 | Comcast Cable | 9/28/10 11:40 AM | Cowgirl Creampie |
| 24.125.185.4 | Comcast Cable | 9/29/10 2:18 PM | Cowgirl Creampie |
| 24.126.74.129 | Comcast Cable | 9/28/10 5:53 PM | Cowgirl Creampie |
| 24.13.164.24 | Comcast Cable | 9/28/10 9:35 AM | Cowgirl Creampie |
| 24.130.156.107 | Comcast Cable | 9/28/10 5:05 PM | Cowgirl Creampie |
| 24.16.93.77 | Comcast Cable | 9/28/10 6:15 PM | Cowgirl Creampie |
| 24.19.128.233 | Comcast Cable | 9/28/10 10:22 PM | Cowgirl Creampie |
| 24.19.31.214 | Comcast Cable | 9/28/10 7:20 PM | Cowgirl Creampie |
| 24.20.40.142 | Comcast Cable | 9/28/10 12:40 AM | Cowgirl Creampie |
| 24.23.63.230 | Comcast Cable | 9/29/10 6:00 AM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 24.6.106.45 | Comcast Cable | 9/29/10 1:58 PM | Cowgirl Creampie |
| 24.7.69.172 | Comcast Cable | 9/28/10 9:45 AM | Cowgirl Creampie |
| 24.91.131.13 | Comcast Cable | 9/28/10 8:05 PM | Cowgirl Creampie |
| 67.162.44.174 | Comcast Cable | 9/29/10 2:05 AM | Cowgirl Creampie |
| 67.171.127.121 | Comcast Cable | 9/27/10 6:15 PM | Cowgirl Creampie |
| 67.180.26.176 | Comcast Cable | 9/28/10 11:25 AM | Cowgirl Creampie |
| 67.182.169.126 | Comcast Cable | 9/29/10 2:35 PM | Cowgirl Creampie |
| 67.183.78.19 | Comcast Cable | 9/29/10 11:25 AM | Cowgirl Creampie |
| 67.184.113.24 | Comcast Cable | 9/28/10 4:33 PM | Cowgirl Creampie |
| 67.188.123.151 | Comcast Cable | 9/28/10 1:00 AM | Cowgirl Creampie |
| 68.33.103.112 | Comcast Cable | 9/28/10 4:30 AM | Cowgirl Creampie |
| 68.36.160.115 | Comcast Cable | 9/28/10 10:40 PM | Cowgirl Creampie |
| 68.45.176.100 | Comcast Cable | 9/28/10 11:15 AM | Cowgirl Creampie |
| 68.45.2.164 | Comcast Cable | 9/27/10 11:15 PM | Cowgirl Creampie |
| 68.46.213.102 | Comcast Cable | 9/28/10 10:15 PM | Cowgirl Creampie |
| 68.47.215.227 | Comcast Cable | 9/28/10 6:48 PM | Cowgirl Creampie |
| 68.51.50.131 | Comcast Cable | 9/29/10 2:25 AM | Cowgirl Creampie |
| 68.51.70.148 | Comcast Cable | 9/29/10 4:05 PM | Cowgirl Creampie |
| 68.58.98.21 | Comcast Cable | 9/28/10 6:40 PM | Cowgirl Creampie |
| 69.140.230.174 | Comcast Cable | 9/28/10 8:25 PM | Cowgirl Creampie |
| 69.181.139.185 | Comcast Cable | 9/28/10 11:09 AM | Cowgirl Creampie |
| 69.246.214.205 | Comcast Cable | 9/28/10 10:40 PM | Cowgirl Creampie |
| 69.254.233.125 | Comcast Cable | 9/29/10 1:57 PM | Cowgirl Creampie |
| 71.194.64.116 | Comcast Cable | 9/28/10 5:53 PM | Cowgirl Creampie |
| 71.196.196.116 | Comcast Cable | 9/28/10 1:10 PM | Cowgirl Creampie |
| 71.199.83.122 | Comcast Cable | 9/29/10 2:18 PM | Cowgirl Creampie |
| 71.200.240.128 | Comcast Cable | 9/29/10 1:58 PM | Cowgirl Creampie |
| 71.202.1.244 | Comcast Cable | 9/28/10 10:25 PM | Cowgirl Creampie |
| 71.224.50.6 | Comcast Cable | 9/29/10 2:22 PM | Cowgirl Creampie |
| 71.230.180.50 | Comcast Cable | 9/29/10 12:55 AM | Cowgirl Creampie |
| 71.230.56.21 | Comcast Cable | 9/29/10 2:50 AM | Cowgirl Creampie |
| 71.231.53.26 | Comcast Cable | 9/28/10 2:45 AM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 71.234.176.214 | Comcast Cable | 9/29/10 1:58 PM | Cowgirl Creampie |
| 71.58.88.34 | Comcast Cable | 9/28/10 9:45 AM | Cowgirl Creampie |
| 71.61.231.129 | Comcast Cable | 9/28/10 4:10 PM | Cowgirl Creampie |
| 75.71.104.64 | Comcast Cable | 9/28/10 12:00 PM | Cowgirl Creampie |
| 76.110.58.187 | Comcast Cable | 9/29/10 1:57 PM | Cowgirl Creampie |
| 76.115.171.117 | Comcast Cable | 9/27/10 11:15 PM | Cowgirl Creampie |
| 76.125.234.159 | Comcast Cable | 9/27/10 7:35 PM | Cowgirl Creampie |
| 76.127.45.214 | Comcast Cable | 9/28/10 5:35 PM | Cowgirl Creampie |
| 76.168.140.151 | Comcast Cable | 9/28/10 11:20 AM | Cowgirl Creampie |
| 76.17.132.167 | Comcast Cable | 9/29/10 2:34 PM | Cowgirl Creampie |
| 76.170.251.27 | Comcast Cable | 9/28/10 9:31 AM | Cowgirl Creampie |
| 76.171.131.218 | Comcast Cable | 9/29/10 1:58 PM | Cowgirl Creampie |
| 76.171.94.220 | Comcast Cable | 9/29/10 2:28 PM | Cowgirl Creampie |
| 76.19.58.242 | Comcast Cable | 9/29/10 7:10 AM | Cowgirl Creampie |
| 76.19.71.78 | Comcast Cable | 9/28/10 6:48 PM | Cowgirl Creampie |
| 76.29.242.96 | Comcast Cable | 9/28/10 11:15 AM | Cowgirl Creampie |
| 76.90.104.179 | Comcast Cable | 9/29/10 1:58 PM | Cowgirl Creampie |
| 98.194.211.165 | Comcast Cable | 9/28/10 9:10 PM | Cowgirl Creampie |
| 98.198.22.63 | Comcast Cable | 9/29/10 7:10 AM | Cowgirl Creampie |
| 98.200.247.96 | Comcast Cable | 9/28/10 5:45 PM | Cowgirl Creampie |
| 98.202.10.104 | Comcast Cable | 9/27/10 7:10 PM | Cowgirl Creampie |
| 98.203.33.248 | Comcast Cable | 9/29/10 4:05 AM | Cowgirl Creampie |
| 98.204.37.150 | Comcast Cable | 9/27/10 9:23 PM | Cowgirl Creampie |
| 98.206.220.38 | Comcast Cable | 9/29/10 7:10 AM | Cowgirl Creampie |
| 98.207.116.20 | Comcast Cable | 9/28/10 1:35 PM | Cowgirl Creampie |
| 98.208.10.146 | Comcast Cable | 9/29/10 2:28 PM | Cowgirl Creampie |
| 98.208.112.91 | Comcast Cable | 9/28/10 11:15 AM | Cowgirl Creampie |
| 98.211.130.163 | Comcast Cable | 9/27/10 6:30 PM | Cowgirl Creampie |
| 98.213.62.80 | Comcast Cable | 9/29/10 2:29 PM | Cowgirl Creampie |
| 98.214.7.206 | Comcast Cable | 9/27/10 6:25 PM | Cowgirl Creampie |
| 98.215.244.248 | Comcast Cable | 9/27/10 8:00 PM | Cowgirl Creampie |
| 98.217.89.29 | Comcast Cable | 9/29/10 11:18 AM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 98.218.239.170 | Comcast Cable | 9/28/10 9:40 AM | Cowgirl Creampie |
| 98.218.56.19 | Comcast Cable | 9/28/10 9:25 PM | Cowgirl Creampie |
| 98.231.216.208 | Comcast Cable | 9/29/10 2:34 PM | Cowgirl Creampie |
| 98.231.58.24 | Comcast Cable | 9/28/10 6:48 PM | Cowgirl Creampie |
| 98.231.62.25 | Comcast Cable | 9/28/10 10:25 PM | Cowgirl Creampie |
| 98.232.51.239 | Comcast Cable | 9/29/10 4:25 AM | Cowgirl Creampie |
| 98.237.81.183 | Comcast Cable | 9/28/10 5:35 PM | Cowgirl Creampie |
| 98.238.238.211 | Comcast Cable | 9/29/10 12:35 AM | Cowgirl Creampie |
| 98.240.192.22 | Comcast Cable | 9/28/10 9:34 AM | Cowgirl Creampie |
| 98.242.58.152 | Comcast Cable | 9/29/10 2:18 PM | Cowgirl Creampie |
| 98.247.159.29 | Comcast Cable | 9/28/10 1:10 PM | Cowgirl Creampie |
| 98.248.65.196 | Comcast Cable | 9/29/10 1:59 PM | Cowgirl Creampie |
| 98.254.81.210 | Comcast Cable | 9/29/10 2:58 PM | Cowgirl Creampie |
| 207.144.17.49 | Comm South Tele Data | 9/28/10 1:05 PM | Cowgirl Creampie |
| 68.0.106.7 | Cox Communications | 9/29/10 1:59 PM | Cowgirl Creampie |
| 68.109.176.187 | Cox Communications | 9/29/10 10:00 AM | Cowgirl Creampie |
| 68.12.1.27 | Cox Communications | 9/27/10 9:45 PM | Cowgirl Creampie |
| 68.224.44.234 | Cox Communications | 9/29/10 3:05 AM | Cowgirl Creampie |
| 68.225.216.81 | Cox Communications | 9/28/10 6:48 PM | Cowgirl Creampie |
| 68.227.87.152 | Cox Communications | 9/27/10 11:15 PM | Cowgirl Creampie |
| 68.228.153.136 | Cox Communications | 9/27/10 11:05 PM | Cowgirl Creampie |
| 68.96.131.111 | Cox Communications | 9/28/10 5:53 PM | Cowgirl Creampie |
| 68.97.213.232 | Cox Communications | 9/28/10 8:36 PM | Cowgirl Creampie |
| 68.97.78.154 | Cox Communications | 9/27/10 9:45 PM | Cowgirl Creampie |
| 68.99.137.126 | Cox Communications | 9/29/10 2:18 PM | Cowgirl Creampie |
| 68.99.179.35 | Cox Communications | 9/28/10 12:40 PM | Cowgirl Creampie |
| 70.162.44.120 | Cox Communications | 9/28/10 11:25 AM | Cowgirl Creampie |
| 70.176.69.89 | Cox Communications | 9/28/10 11:15 AM | Cowgirl Creampie |
| 70.178.170.191 | Cox Communications | 9/27/10 9:10 PM | Cowgirl Creampie |
| 70.181.50.240 | Cox Communications | 9/29/10 2:22 PM | Cowgirl Creampie |
| 70.184.76.33 | Cox Communications | 9/28/10 5:25 PM | Cowgirl Creampie |
| 70.188.27.164 | Cox Communications | 9/28/10 1:10 PM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 72.207.221.166 | Cox Communications | 9/29/10 2:34 PM | Cowgirl Creampie |
| 72.216.43.243 | Cox Communications | 9/27/10 5:04 PM | Cowgirl Creampie |
| 72.219.183.230 | Cox Communications | 9/29/10 3:50 AM | Cowgirl Creampie |
| 98.165.238.185 | Cox Communications | 9/29/10 11:12 AM | Cowgirl Creampie |
| 98.169.241.45 | Cox Communications | 9/28/10 11:50 PM | Cowgirl Creampie |
| 98.190.19.214 | Cox Communications | 9/27/10 8:45 PM | Cowgirl Creampie |
| 98.191.156.172 | Cox Communications | 9/28/10 5:53 PM | Cowgirl Creampie |
| 98.191.82.2 | Cox Communications | 9/27/10 11:38 PM | Cowgirl Creampie |
| 173.2.209.7 | CSC Holdings (Cablevision) | 9/29/10 3:15 PM | Cowgirl Creampie |
| 173.3.202.177 | CSC Holdings (Cablevision) | 9/28/10 9:50 PM | Cowgirl Creampie |
| 24.184.231.28 | CSC Holdings (Cablevision) | 9/29/10 1:58 PM | Cowgirl Creampie |
| 24.185.163.90 | CSC Holdings (Cablevision) | 9/28/10 11:25 AM | Cowgirl Creampie |
| 24.188.182.114 | CSC Holdings (Cablevision) | 9/28/10 11:18 AM | Cowgirl Creampie |
| 24.46.240.122 | CSC Holdings (Cablevision) | 9/28/10 11:20 PM | Cowgirl Creampie |
| 24.47.168.176 | CSC Holdings (Cablevision) | 9/29/10 12:40 AM | Cowgirl Creampie |
| 67.80.190.236 | CSC Holdings (Cablevision) | 9/27/10 6:55 PM | Cowgirl Creampie |
| 67.80.64.99 | CSC Holdings (Cablevision) | 9/29/10 1:59 PM | Cowgirl Creampie |
| 67.82.71.92 | CSC Holdings (Cablevision) | 9/29/10 1:58 PM | Cowgirl Creampie |
| 68.193.40.193 | CSC Holdings (Cablevision) | 9/27/10 9:55 PM | Cowgirl Creampie |
| 68.194.32.85 | CSC Holdings (Cablevision) | 9/29/10 2:28 PM | Cowgirl Creampie |
| 68.196.151.136 | CSC Holdings (Cablevision) | 9/27/10 10:10 PM | Cowgirl Creampie |
| 68.198.72.70 | CSC Holdings (Cablevision) | 9/28/10 11:35 PM | Cowgirl Creampie |
| 69.112.186.19 | CSC Holdings (Cablevision) | 9/28/10 11:30 PM | Cowgirl Creampie |
| 69.114.231.235 | CSC Holdings (Cablevision) | 9/28/10 4:05 PM | Cowgirl Creampie |
| 69.116.122.192 | CSC Holdings (Cablevision) | 9/28/10 6:05 PM | Cowgirl Creampie |
| 69.120.185.53 | CSC Holdings (Cablevision) | 9/29/10 12:45 AM | Cowgirl Creampie |
| 69.126.166.242 | CSC Holdings (Cablevision) | 9/29/10 8:49 AM | Cowgirl Creampie |
| 74.88.47.161 | CSC Holdings (Cablevision) | 9/28/10 12:00 AM | Cowgirl Creampie |
| 75.79.10.134 | DSL Extreme | 9/29/10 2:18 PM | Cowgirl Creampie |
| 74.46.212.82 | Frontier Communications | 9/29/10 2:18 PM | Cowgirl Creampie |
| 74.131.54.103 | Insight Communications Co. | 9/28/10 8:21 PM | Cowgirl Creampie |
| 173.20.142.170 | MediaCom Communications Corp. | 9/28/10 4:40 AM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 173.25.253.108 | MediaCom Communications Corp. | 9/27/10 8:55 PM | Cowgirl Creampie |
| 173.29.113.160 | MediaCom Communications Corp. | 9/29/10 1:57 PM | Cowgirl Creampie |
| 66.182.202.27 | OneSource Communications | 9/27/10 7:55 PM | Cowgirl Creampie |
| 68.71.79.34 | OneSource Communications | 9/29/10 1:05 AM | Cowgirl Creampie |
| 67.210.154.75 | Partnership Wireless | 9/28/10 11:55 PM | Cowgirl Creampie |
| 209.159.219.96 | PrairieWave Telecom | 9/29/10 1:05 AM | Cowgirl Creampie |
| 174.24.131.169 | Qwest | 9/29/10 2:20 AM | Cowgirl Creampie |
| 174.31.6.33 | Qwest | 9/29/10 3:06 PM | Cowgirl Creampie |
| 184.96.154.185 | Qwest | 9/27/10 11:38 PM | Cowgirl Creampie |
| 184.96.36.162 | Qwest | 9/28/10 6:35 PM | Cowgirl Creampie |
| 71.215.139.138 | Qwest | 9/29/10 2:22 PM | Cowgirl Creampie |
| 75.173.145.110 | Qwest | 9/29/10 2:28 PM | Cowgirl Creampie |
| 97.127.167.14 | Qwest | 9/28/10 9:48 PM | Cowgirl Creampie |
| 207.38.208.91 | RCN Corporation | 9/29/10 12:15 AM | Cowgirl Creampie |
| 209.6.50.240 | RCN Corporation | 9/29/10 2:28 PM | Cowgirl Creampie |
| 24.136.16.137 | RCN Corporation | 9/29/10 2:34 PM | Cowgirl Creampie |
| 173.174.8.134 | Road Runner | 9/29/10 1:58 PM | Cowgirl Creampie |
| 173.197.29.66 | Road Runner | 9/27/10 10:50 PM | Cowgirl Creampie |
| 174.102.189.216 | Road Runner | 9/29/10 12:30 PM | Cowgirl Creampie |
| 184.56.18.69 | Road Runner | 9/29/10 11:45 AM | Cowgirl Creampie |
| 184.56.29.20 | Road Runner | 9/27/10 10:50 PM | Cowgirl Creampie |
| 184.91.145.36 | Road Runner | 9/27/10 11:20 PM | Cowgirl Creampie |
| 24.152.163.178 | Road Runner | 9/27/10 7:20 PM | Cowgirl Creampie |
| 24.161.41.53 | Road Runner | 9/28/10 3:05 AM | Cowgirl Creampie |
| 24.211.161.220 | Road Runner | 9/29/10 2:22 PM | Cowgirl Creampie |
| 24.42.93.13 | Road Runner | 9/29/10 7:35 AM | Cowgirl Creampie |
| 24.92.82.169 | Road Runner | 9/27/10 11:31 PM | Cowgirl Creampie |
| 65.190.163.147 | Road Runner | 9/27/10 9:50 PM | Cowgirl Creampie |
| 65.191.180.206 | Road Runner | 9/28/10 1:35 PM | Cowgirl Creampie |
| 66.27.19.157 | Road Runner | 9/29/10 6:20 AM | Cowgirl Creampie |
| 66.74.149.26 | Road Runner | 9/29/10 7:45 AM | Cowgirl Creampie |
| 67.246.125.107 | Road Runner | 9/28/10 9:35 PM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 67.246.180.92 | Road Runner | 9/29/10 2:18 PM | Cowgirl Creampie |
| 67.249.60.192 | Road Runner | 9/29/10 7:00 AM | Cowgirl Creampie |
| 67.250.31.96 | Road Runner | 9/27/10 8:00 PM | Cowgirl Creampie |
| 67.8.75.104 | Road Runner | 9/29/10 1:58 PM | Cowgirl Creampie |
| 68.174.71.209 | Road Runner | 9/29/10 2:28 PM | Cowgirl Creampie |
| 68.204.43.91 | Road Runner | 9/29/10 1:59 PM | Cowgirl Creampie |
| 68.206.162.224 | Road Runner | 9/28/10 11:30 PM | Cowgirl Creampie |
| 69.134.175.111 | Road Runner | 9/29/10 1:58 PM | Cowgirl Creampie |
| 70.123.99.155 | Road Runner | 9/28/10 6:50 PM | Cowgirl Creampie |
| 70.126.56.55 | Road Runner | 9/29/10 11:12 AM | Cowgirl Creampie |
| 70.127.242.37 | Road Runner | 9/28/10 9:35 AM | Cowgirl Creampie |
| 70.94.230.91 | Road Runner | 9/28/10 4:40 PM | Cowgirl Creampie |
| 71.67.247.134 | Road Runner | 9/28/10 6:48 PM | Cowgirl Creampie |
| 72.130.23.233 | Road Runner | 9/28/10 11:50 AM | Cowgirl Creampie |
| 72.131.103.16 | Road Runner | 9/28/10 12:20 AM | Cowgirl Creampie |
| 72.186.229.45 | Road Runner | 9/28/10 12:50 AM | Cowgirl Creampie |
| 72.189.157.87 | Road Runner | 9/28/10 8:40 PM | Cowgirl Creampie |
| 72.190.56.122 | Road Runner | 9/29/10 1:20 AM | Cowgirl Creampie |
| 72.227.156.90 | Road Runner | 9/28/10 5:59 PM | Cowgirl Creampie |
| 75.189.131.38 | Road Runner | 9/27/10 8:45 PM | Cowgirl Creampie |
| 75.80.179.29 | Road Runner | 9/28/10 4:25 AM | Cowgirl Creampie |
| 76.173.32.11 | Road Runner | 9/27/10 11:15 PM | Cowgirl Creampie |
| 76.177.191.88 | Road Runner | 9/29/10 2:34 PM | Cowgirl Creampie |
| 76.182.218.5 | Road Runner | 9/27/10 10:24 PM | Cowgirl Creampie |
| 76.185.66.234 | Road Runner | 9/27/10 9:40 PM | Cowgirl Creampie |
| 76.95.196.155 | Road Runner | 9/27/10 11:15 PM | Cowgirl Creampie |
| 97.103.81.187 | Road Runner | 9/27/10 10:15 PM | Cowgirl Creampie |
| 97.104.83.189 | Road Runner | 9/29/10 3:35 AM | Cowgirl Creampie |
| 97.106.242.70 | Road Runner | 9/28/10 12:15 AM | Cowgirl Creampie |
| 97.106.27.219 | Road Runner | 9/29/10 2:02 PM | Cowgirl Creampie |
| 98.151.249.160 | Road Runner | 9/28/10 1:39 PM | Cowgirl Creampie |
| 98.155.230.124 | Road Runner | 9/28/10 9:31 AM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 98.28.16.9 | Road Runner | 9/28/10 11:40 AM | Cowgirl Creampie |
| 68.94.4.230 | SBC | 9/29/10 1:58 PM | Cowgirl Creampie |
| 69.109.119.246 | SBC | 9/29/10 2:18 PM | Cowgirl Creampie |
| 69.231.149.235 | SBC | 9/29/10 2:18 PM | Cowgirl Creampie |
| 70.138.86.191 | SBC | 9/29/10 2:28 PM | Cowgirl Creampie |
| 75.59.229.186 | SBC | 9/28/10 8:25 PM | Cowgirl Creampie |
| 75.7.5.213 | SBC | 9/29/10 2:18 PM | Cowgirl Creampie |
| 76.202.213.201 | SBC | 9/27/10 11:15 PM | Cowgirl Creampie |
| 99.164.106.123 | SBC | 9/29/10 2:07 PM | Cowgirl Creampie |
| 99.164.41.247 | SBC | 9/29/10 1:58 PM | Cowgirl Creampie |
| 99.22.85.215 | SBC | 9/27/10 11:38 PM | Cowgirl Creampie |
| 99.23.94.64 | SBC | 9/27/10 6:40 PM | Cowgirl Creampie |
| 99.60.11.34 | SBC | 9/29/10 8:55 AM | Cowgirl Creampie |
| 99.64.187.41 | SBC | 9/27/10 11:31 PM | Cowgirl Creampie |
| 99.65.16.67 | SBC | 9/29/10 1:58 PM | Cowgirl Creampie |
| 99.74.25.15 | SBC | 9/28/10 10:00 PM | Cowgirl Creampie |
| 173.216.54.184 | Suddenlink | 9/28/10 10:25 PM | Cowgirl Creampie |
| 75.108.162.221 | Suddenlink | 9/27/10 5:20 PM | Cowgirl Creampie |
| 75.108.66.202 | Suddenlink | 9/29/10 2:34 PM | Cowgirl Creampie |
| 75.110.6.226 | Suddenlink | 9/29/10 3:10 PM | Cowgirl Creampie |
| 75.111.105.37 | Suddenlink | 9/28/10 6:48 PM | Cowgirl Creampie |
| 192.231.224.10 | TFM Associates | 9/27/10 10:33 PM | Cowgirl Creampie |
| 108.14.109.28 | Verizon Internet Services | 9/28/10 11:40 PM | Cowgirl Creampie |
| 108.14.255.227 | Verizon Internet Services | 9/28/10 11:35 AM | Cowgirl Creampie |
| 108.2.197.172 | Verizon Internet Services | 9/29/10 2:25 PM | Cowgirl Creampie |
| 108.23.41.251 | Verizon Internet Services | 9/28/10 11:15 AM | Cowgirl Creampie |
| 108.56.154.15 | Verizon Internet Services | 9/29/10 8:03 AM | Cowgirl Creampie |
| 108.6.203.235 | Verizon Internet Services | 9/27/10 10:45 PM | Cowgirl Creampie |
| 108.9.106.216 | Verizon Internet Services | 9/29/10 3:26 PM | Cowgirl Creampie |
| 173.50.144.190 | Verizon Internet Services | 9/29/10 1:58 PM | Cowgirl Creampie |
| 173.54.43.223 | Verizon Internet Services | 9/27/10 7:55 PM | Cowgirl Creampie |
| 173.55.23.11 | Verizon Internet Services | 9/29/10 3:45 AM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 173.57.45.81 | Verizon Internet Services | 9/28/10 12:00 AM | Cowgirl Creampie |
| 173.58.33.215 | Verizon Internet Services | 9/27/10 10:40 PM | Cowgirl Creampie |
| 173.58.81.108 | Verizon Internet Services | 9/27/10 9:29 PM | Cowgirl Creampie |
| 173.62.60.78 | Verizon Internet Services | 9/29/10 2:34 PM | Cowgirl Creampie |
| 173.63.238.184 | Verizon Internet Services | 9/28/10 12:10 AM | Cowgirl Creampie |
| 173.67.85.99 | Verizon Internet Services | 9/29/10 8:12 AM | Cowgirl Creampie |
| 173.68.68.41 | Verizon Internet Services | 9/28/10 11:50 PM | Cowgirl Creampie |
| 173.69.149.185 | Verizon Internet Services | 9/29/10 1:58 PM | Cowgirl Creampie |
| 173.70.154.13 | Verizon Internet Services | 9/27/10 9:15 PM | Cowgirl Creampie |
| 173.70.88.204 | Verizon Internet Services | 9/28/10 6:20 PM | Cowgirl Creampie |
| 173.72.20.89 | Verizon Internet Services | 9/27/10 11:38 PM | Cowgirl Creampie |
| 173.72.23.176 | Verizon Internet Services | 9/29/10 12:30 AM | Cowgirl Creampie |
| 173.74.213.200 | Verizon Internet Services | 9/28/10 5:53 PM | Cowgirl Creampie |
| 173.74.240.28 | Verizon Internet Services | 9/28/10 5:30 PM | Cowgirl Creampie |
| 173.74.34.58 | Verizon Internet Services | 9/28/10 11:35 PM | Cowgirl Creampie |
| 173.79.8.128 | Verizon Internet Services | 9/29/10 8:43 AM | Cowgirl Creampie |
| 71.118.201.3 | Verizon Internet Services | 9/29/10 1:50 AM | Cowgirl Creampie |
| 71.163.117.148 | Verizon Internet Services | 9/28/10 11:10 PM | Cowgirl Creampie |
| 71.170.213.166 | Verizon Internet Services | 9/27/10 10:25 PM | Cowgirl Creampie |
| 71.175.80.251 | Verizon Internet Services | 9/28/10 8:40 PM | Cowgirl Creampie |
| 71.185.82.16 | Verizon Internet Services | 9/27/10 10:34 PM | Cowgirl Creampie |
| 71.189.130.196 | Verizon Internet Services | 9/28/10 4:15 PM | Cowgirl Creampie |
| 71.240.160.137 | Verizon Internet Services | 9/28/10 6:15 PM | Cowgirl Creampie |
| 71.243.193.72 | Verizon Internet Services | 9/28/10 10:25 PM | Cowgirl Creampie |
| 72.66.116.240 | Verizon Internet Services | 9/27/10 9:45 PM | Cowgirl Creampie |
| 72.74.94.109 | Verizon Internet Services | 9/27/10 11:45 PM | Cowgirl Creampie |
| 72.77.252.231 | Verizon Internet Services | 9/28/10 5:05 PM | Cowgirl Creampie |
| 72.90.102.214 | Verizon Internet Services | 9/28/10 2:30 AM | Cowgirl Creampie |
| 74.108.35.71 | Verizon Internet Services | 9/27/10 9:00 PM | Cowgirl Creampie |
| 74.110.107.149 | Verizon Internet Services | 9/27/10 11:38 PM | Cowgirl Creampie |
| 96.228.73.160 | Verizon Internet Services | 9/29/10 2:22 PM | Cowgirl Creampie |
| 96.233.136.42 | Verizon Internet Services | 9/29/10 2:18 PM | Cowgirl Creampie |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 96.240.83.92 | Verizon Internet Services | 9/27/10 7:35 PM | Cowgirl Creampie |
| 96.244.123.86 | Verizon Internet Services | 9/27/10 11:38 PM | Cowgirl Creampie |
| 96.248.19.221 | Verizon Internet Services | 9/29/10 12:25 AM | Cowgirl Creampie |
| 96.250.235.163 | Verizon Internet Services | 9/28/10 6:50 PM | Cowgirl Creampie |
| 96.253.116.11 | Verizon Internet Services | 9/28/10 11:50 AM | Cowgirl Creampie |
| 98.108.131.147 | Verizon Internet Services | 9/28/10 5:30 PM | Cowgirl Creampie |
| 98.109.63.154 | Verizon Internet Services | 9/29/10 1:50 AM | Cowgirl Creampie |
| 98.112.15.169 | Verizon Internet Services | 9/28/10 4:09 PM | Cowgirl Creampie |
| 98.112.56.230 | Verizon Internet Services | 9/28/10 5:05 AM | Cowgirl Creampie |
| 98.119.235.30 | Verizon Internet Services | 9/27/10 9:20 PM | Cowgirl Creampie |
| 75.221.146.188 | Verizon Wireless | 9/29/10 2:28 PM | Cowgirl Creampie |
| 24.113.110.147 | Wave Broadband | 9/29/10 1:58 PM | Cowgirl Creampie |
| 24.113.194.165 | Wave Broadband | 9/28/10 12:00 PM | Cowgirl Creampie |