**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CP PRODUCTIONS, INC. | ) | |
| | ) | CASE NO.: 1:10-cv-06255 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Shadur |
| | ) | Magistrate Judge: Nolan |
| DOES 1 – 300 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## PLAINTIFFS' NOTICE OF *EX PARTE* MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE

PLEASE TAKE NOTICE that on Wednesday, October 13, 2010 at 9:15 a.m. the undersigned shall appear before the Honorable Judge Milton I. Shadur at 219 South Dearborn Street, Room 2303, Chicago, IL and shall then and there present an *Ex Parte* Motion For Leave To Take Discovery Prior To Rule 26 Conference.

Respectfully submitted,

CP Productions, Inc.

**DATED:** October 5, 2010

By:  /s/ John Steele
John L. Steele (Bar No. 6292158)
Steele Law Firm, LLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-893-5888;  Fax 312-893-5604
john@steele-law.com
*Attorney for Plaintiff*