

# STEELE LAW FIRM LLC

161 N. CLARK STREET • SUITE 4700 • CHICAGO, ILLINOIS 60601
TEL: 312-893-5888 • FAX: 312-893-5604

Office of the Clerk
United States District Court
Northern District of Illinois – Eastern Division
United States Courthouse
219 South Dearborn Street – Room 2010
Chicago, Illinois 60604

October 7, 2010

Re: CP Productions, Inc.
USDC No.: 10cv6255

**RECEIVED**
OCT 08 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**
OCT. 8, 2010
OCT -8 2010 JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Office of the Clerk:

We are in receipt of your request for additional information regarding the copyright at subject in the above referenced matter. As discussed in the pleadings, Plaintiff has filed a registration application for the relevant copyright, but has not, to date, received a certificate of registration for the same. As such, the information applicable to a report to the U.S. Copyright Office is as follows:

| COPYRIGHT APPLICATION NUMBER | DATE OF APPLICATION | HOLDER OF COPYRIGHT |
|---|---|---|
| 1-493778791 | 9/28/2010 | CP Productions, Inc. |

Please confirm that future correspondence regarding this matter is directed to the address in the signature block below.

Sincerely yours,

John L. Steele (Bar No. 6292158)
Steele Law Firm, LLC
161 N. Clark St.
Suite 4700
Chicago, IL 60601
312-893-5888; Fax 312-893-5604
john@steele-law.com