MHN

UNITED STATES DISTRICT COURT

For the Northern District of Illinois

FILED
12-16-2010
DEC 16 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CP PRODUCTIONS, INC.

    Plaintiff

V.                                         Civil Action No. 1:10-cv-06255

DOES 1 – 300

    Defendant

## MOTION TO QUASH SUBPOENA

    Comes now a Defendant, Doe 300, by and through counsel, to ask this Court to quash the subpoena as to Defendant Doe 300. This subpoena violates Defendant Doe's 300 freedom to contract. In support of this Motion, Defendant Doe 300 would show unto this court that Defendant Doe 300 has a right to contract and have that contract held private between the contracting parties.

Respectfully submitted,

_Sherry L. Park_

Sherry L. Park  BPR 25624

Attorney for Doe 300

8921 Hiwassee St.

Charleston, TN 37310

423-336-1011

### Certificate of Service

I hereby certify that I Have sent a true and exact copy of this Motion to the Steele Law Firm, LLC, 161 N. Clark St, Ste 470, Chicago, IL 60601.

This 24th of November, 2010.

_Sherry L. Park_

Sherry L. Park