# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

CP Productions, Inc.

                            Plaintiff,

v.                                              Case No.: 1:10−cv−06255
                                                Honorable Milton I. Shadur

Does 1−300, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 29, 2010:

      MINUTE entry before Honorable Milton I. Shadur: Enter Memorandum Order. Because attorney Park is an out−of−state lawyer (even though it is her responsibility to familiarize herself with local rules), no such fine will be imposed here − − but this court strikes the Motion to quash [18] because of her multiple violations. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.