# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

CP Productions, Inc.

                      Plaintiff,

v.                                                Case No.: 1:10–cv–06255

                                                          Honorable Milton I. Shadur

Does 1–300, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 24, 2011:

      MINUTE entry before Honorable Milton I. Shadur: Enter Memorandum Opinion and Order. Motion for reconsideration [28] is denied. The April 14 status date is vacated. The subpoena issued to the Internet Service Provider is to be quashed. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.