# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6255 | **DATE** | 3/2/2011 |
| **CASE TITLE** | CP Productions, Inc. Vs. Does 1-300 | | |

**DOCKET ENTRY TEXT**

CP's counsel is ordered to appear in court on March 9, 2011 at 9:00 a.m. Counsel will be expected to discuss what steps should be taken to apprise all of the targeted "Doe" defendants that they will not be subject to any further trouble or expense as a result of this ill-fated (as well as ill-considered) lawsuit.

■[ For further details see text below.]　　Docketing to mail notices.

## STATEMENT

　　This Court has received still another motion by a "Doe" defendant to quash a subpoena in this ill-considered lawsuit filed by CP Productions, Inc. ("CP") against no fewer than 300 unidentified "Doe" defendants – this one seeking the nullification of a February 11, 2011 subpoena issued to Comcast Communications, LLC. This Court's February 24, 2011 memorandum opinion and order has already sounded the death knell for this action, which has abused the litigation system in more than one way.

　　But because the aggrieved Doe defendants continue to come out of the woodwork with motions to quash, indicating an unawareness of this Court's dismissal of this action,[1] CP's counsel is ordered to appear in court on March 9, 2011 at 9:00 a.m. Counsel will be expected to discuss what steps should be taken to apprise all of the targeted "Doe" defendants that they will not be subject to any further trouble or expense as a result of this ill-fated (as well as ill-considered) lawsuit.

---

[1] At the end of the current motion, the verification by "John Doe" reflects its execution on February 24. Although that date coincides with the date of the opinion referred to in the text, this Court had actually entered an order of dismissal earlier, followed by a motion for reconsideration filed by CP.

| | |
|---|---|
| Courtroom Deputy Initials: | SN |